UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | Case No.  C08-5311RJB/JKA<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 3) is **GRANTED**.  Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 16 day of June, 2008.

                                           */S/ J. Kelley Arnold*
                                           J. Kelley Arnold
                                           United States Magistrate Judge

ORDER
Page - 1