UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

    Petitioner,

  v.

STATE OF WASHINGTON

    Respondent.

Case No. C08-5311RJB/JKA

ORDER REGARDING LETTERS TO COURT

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

    Petitioner has filed two letters in a short time frame since filing this petition. The letters request copies of documents in other cases and are addressed to the honorable Magistrate Judge Karen Strombom.

    Petition is informed the court does not conduct business by letter. A party to litigation must file motions that are noted on the court's calendar for consideration. See, Local Rule 7. Further, copies of documents may be obtained by contacting the clerk's office and making arrangements to pay for the copies requested.

ORDER

1   Documents 4 and 5 will remain in the court file without further action by the court.  The clerk
2   is ordered to send copies of this order to the petitioner.

3

4   DATED this 16 day of June, 2008.

5

6

7                                              /S/ *J. Kelley Arnold*
                                               J. Kelley Arnold
8                                              United States Magistrate Judge

28  ORDER