UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON, <br><br> Petitioner, <br><br> v. <br><br> DOUG WADDINGTON AND SCOTT RUSSELL <br><br> Respondent. | Case No. C08-5311RJB/JKA <br><br> ORDER DENYING MOTION TO TRANSFER PETITION TO SUPERIOR COURT |

This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner has been granted *In forma pauperis* status.

Before the court are two motions asking that this and other cases be transferred to State Superior Court (Dkt. # 15 and 16). The motions are **DENIED** with regard to this petition. If petitioner wishes to file a petition in Superior Court he will need to follow that Court's rules. The clerk is directed to send copies of this order to petitioner.

DATED this 8 day of September, 2008.

                                       */S/ J. Kelley Arnold*
                                       J. Kelley Arnold
                                       United States Magistrate

ORDER