UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD STRATTON,<br><br>              Petitioner,<br><br>     v.<br><br>DOUG WADDINGTON, and SCOTT RUSSELL,<br><br>              Respondents. | Case No. C08-5311RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 18);

(2) The Petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust; and

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. J. Kelley Arnold.

DATED this 26th day of September, 2008.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

ORDER
Page - 1